AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MAGDI GERGAWY and ALISA GERGAWY, a married couple,

*Plaintiff*

v.

UNITED STATES BAKERY, INC., d/b/a FRANZ FAMILY BAKERIES, an Oregon Corporation; OCCUPATIONAL HEALTH SOLUTIONS, INC., a Washington Corporation; and TAMI KINNUNEN, an individual,

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:19-CV-00417-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 08, 2022**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: OHS Defendants' Motion for Summary Judgment (ECF No. 116) is GRANTED. Defendant USB's Motion for Summary Judgment (ECF No. 122) is GRANTED. OHS Defendants' Motion for Sanctions or for a Show Cause Hearing (ECF No. 149) is GRANTED. Defendant USB's Motion to Strike Declaration in Opposition to Motion for Summary Judgment (ECF No. 158) is GRANTED. JUDGMENT is entered in favor of Defendants and against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian  on motions for Summary Judgment, Sanctions or for a Show Cause Hearing, and Strike Declaration.

Date: 2/8/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams